USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEZLE STEIN,

Plaintiff,

v.

WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY, WELLS FARGO ADVISORS, LLC, AND JOHN AND JANE DOE EMPLOYEES 1-10 OF THE ABOVE NAMED INSTITUTIONS,

Defendants.

Case No. 1:26-cv-04901

**ORDER**

Pursuant to the Parties' Joint Stipulation, IT IS ORDERED THAT:

1. Defendants shall file their Motion to Dismiss on or before August 7, 2026;
2. Plaintiff shall file her Opposition to Defendants' Motion to Dismiss on or before August 28, 2026; and
3. Defendants shall file their Reply in further support of their Motion to Dismiss on or before September 18, 2026.

Dated: July 30, 2026
New York, New York

Victor Marrero
U.S.D.J.